IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE HENDERSON,

    Plaintiff,                       No. CIV S-09-2779 DAD P

    vs.

K. PURCELL, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On February 11, 2011, defendants filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Because plaintiff had not opposed the motion, on April 4, 2011, the court issued an order to show cause directing plaintiff to respond or to file a notice of non-opposition.  Plaintiff responded to the court's order, claiming that he had never received defendants' motion and requesting a copy of it.  On the following day, defendants filed a response to plaintiff's request and informed the court that they had voluntarily re-served a copy of their motion for summary judgment on plaintiff.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's April 4, 2011 order to show cause is discharged; and

/////

/////

/////

1

      2. Plaintiff shall file his opposition to defendants' motion for summary judgment within thirty days of the date of service of this order.

DATED: May 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hend2779.dch

2