1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTOINE HENDERSON,

11            Plaintiff,                    No. CIV S-09-2779 DAD P

12       vs.

13   K. PURCELL, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with this civil rights action.  Plaintiff

17   has filed a document styled "Reply to Court Order," which this court has construed as motion to

18   compel.  Therein, he seeks a court order requiring the defendants to provide him with certain

19   documents, including the Solano County Jail Manual or Training Book.

20            According to the court's August 3, 2010 discovery and scheduling order, the

21   parties were allowed to conduct discovery up until November 19, 2010; plaintiff needed to file

22   any motion to compel by that date.  In the absence of good cause, the court will not modify the

23   scheduling order in this case.  See Fed. R. Civ. P. 16(f); Johnson v. Mammoth Recreations, Inc.,

24   975 F.2d 604, 607-08 (9th Cir. 1992).  Here, plaintiff has not shown good cause to extend the

25   discovery deadline or modify the scheduling order.  Id. at 609 (good cause exists when the

26   moving party demonstrates that he could not meet a deadline despite exercising due diligence).

1

1          The court also notes that on May 6, 2011, it granted plaintiff thirty days to file an

2  opposition to defendants' motion for summary judgment.  Plaintiff still has not filed an

3  opposition, so in due course the court will issue findings and recommendations on the motion

4  without his opposition.

5          In accordance with the above, IT IS HEREBY ORDERED that plaintiff's "Reply

6  to Court Order" construed as a motion to compel (Doc. No. 39) is denied.

7  DATED: July 6, 2011.

8

9                              Dale A. Drozd

10  DAD:9                   DALE A. DROZD

     hend2779.mtcd            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26